**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ASHOT KARAPETYAN,** | ) |
| Petitioner, | ) **ORDER Scheduling TRO Briefs** |
| v. | ) ED CV 26-01199-VBF-MAR |
| FERETI SEMAIA (Warden, Adelanto ICE Processing Center) *et al.*, | ) |
| Respondents. | ) |

On Sunday, March 15, 2026, petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and an application for a temporary restraining order ("TRO"), *see* CM/ECF Docs 1 and 2.

**No later than 11:59 p.m. on Thursday, March 19, 2026, respondents SHALL FILE a brief responding to the TRO application.**

**No later than 11:59 on Sunday, March 22, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: March 17, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge