**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ASHOT KARAPETYAN,** | **TEMP. RESTRAINING ORDER** |
| Petitioner, | and |
| v. | **ORDER TO SHOW CAUSE** |
| FERETI SAMAIA (Warden, ICE Facility) *et al.*, | ED CV 26-01199-VBF-MAR |
| Respondents. | |

The application for  a temporary restraining order ("TRO") [Doc #3] is **GRANTED in part and DENIED in part.**

**The application for a TRO is DENIED in part as follows:**

The Court declines to require petitioner's immediate release.

**The application for a TRO is GRANTED in part as follows:**

- **Respondents shall either immediately release the petitioner or hold a detention hearing no later than Monday, March 30, 2026,** of which petitioner shall be given sufficient advance notice, and at which petitioner will have a meaningful opportunity to present evidence and argument, and at which the government alone will have the burden of proving by clear and convincing evidence that petitioner is a flight risk or

a danger to the public such that his continued civil detention is necessary. **Respondents shall file a notice of compliance with this provision no later than Wednesday, April 1, 2026.**

– Pending further order of Court, Respondents are temporarily restrained from moving petitioner outside this federal judicial district, the Central District of California.

**No later than 12:00 noon on Friday, March 27, 2026, respondents SHALL SHOW CAUSE, in writing, why a preliminary injunction should not issue.**

**No later than 11:59 p.m. on Sunday, March 29, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated:  March 23, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge