# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

|  |  |
|---|---|
| **ASHOT KARAPETYAN,** | **ORDER DENYING TRO** |
| Petitioner, | |
| v. | ED CV 26-01199-VBF-MAR |
| FERETI SEMAIA (Warden, Adelanto ICE Processing Center) *et al.*, | |
| Respondents. | |

For the reasons stated in the respondents' opposition brief (Doc 8), petitioner's application for a temporary restraining order ("TRO") [Doc #4] is DENIED.

The case remains open and referred to the United States Magistrate Judge.

IT IS SO ORDERED.

Dated: March 23, 2026

_____
Honorable Valerie Baker Fairbank
Senior United States District Judge