**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ASHOT KARAPETYAN,** <br><br>         Petitioner, <br>    v. <br><br> FERETI SAMAIA (Warden, ICE Facility) *et al.*, <br><br>         Respondents. | **ORDER** <br><br> ED CV 26-01199-VBF-MAR <br><br> Vacating Document #11 |

Document #11 was issued in error and is **VACATED.**

Document #10, the temporary restraining order and order to show cause, is correct and remains in force.

IT IS SO ORDERED.

Dated:  March 23, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge