**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| **ASHOT KARAPETYAN,** ) | |
| ) | **ORDER Scheduling Briefs** |
| Petitioner, ) | |
| v. ) | ED CV 26-01199-VBF-MAR |
| ) | |
| FERETI SEMAIA (Warden, Adelanto ICE ) Processing Center) *et al.*, ) | |
| ) | |
| Respondents. ) | |
| ) | |

Petitioner's counsel filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. section 2241 and an application for a temporary restraining order ("the first TRO application"), *see* CM/ECF Docs 1 and 2.  After considering opposition and reply briefs (Docs 8 and 9), this Court issued an Order on March 23, 2026 (Doc 10) granting in part and denying in part the first TRO application.

After considering response and reply briefs (Docs 13 and 18), the Court issued an order on April 2, 2026 (Doc 19) denying petitioner's request for a preliminary injunction.

The government respondents filed an answer (Doc 21), but the United States Magistrate Judge granted petitioner's ensuing motion for leave to amend (Doc 24). Petitioner's first amended petition ("FAP") (Doc 25) on April 16, 2026.  The respondents filed an answer to the FAP (Doc 26) on April 24, 2026, followed by petitioner's traverse (Doc 27) on April 27, 2026.  By *in camera* order made May 19, 2026 (Text-only Docket

Entry 28), the Magistrate Judge directed the respondents to file a transcript or recording of the immigration custody redetermination hearing, or a notice explaining that no such transcript or recording is available. The respondents filed an audio recording of that custody redetermination hearing on May 29, 2026 (Doc 29).

**Today, June 29, 2026, petitioner's counsel filed a second TRO application seeking petitioner's immediate release (Doc 30), with a supporting memorandum (Doc 30-1) and declaration of petitioner (Doc 30-2).**

ORDER

**No later than 11:59 p.m. on Thursday, July 2, 2026, respondents SHALL FILE a response to the second TRO application.**

**No later than 11:59 on Sunday, July 5, 2026, petitioner MAY REPLY.**

The Court finds this matter suitable for resolution without oral argument.

IT IS SO ORDERED.

Dated: June 29, 2026

_____

Honorable Valerie Baker Fairbank
Senior United States District Judge