UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ASHOT KARAPETYAN,

                  Petitioner,

        v.

FERETI SEMAIA, et al.,

                  Respondent.

Case No. 5:26-cv-01199-VBF-MAR

ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the records on file, the Report and Recommendation of the United States Magistrate Judge, and the objections filed.  The Court accepts the findings and recommendation of the Magistrate Judge.

**IT IS THEREFORE ORDERED** that judgment be entered **GRANTING** the Petition and **ORDERING** Respondents to immediately release Petitioner **Ashot Karapetyan (A-Number 244-626-655**) from custody and return all his property and documents.  Respondents are **ENJOINED** from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof to demonstrate by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of

conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community (for the avoidance of doubt, the immigration judge must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

Respondents shall file a Notice of Compliance within twenty-four hours.

Dated: August 7, 2026

_Valerie Baker Fairbank_

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge