JS6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHOT KARAPETYAN, Petitioner, v. FERETI SEMAIA, et al., Respondent. | Case No. 5:26-cv-01199-VBF-MAR<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED.** Respondents are **ORDERED** to immediately release Petitioner **Ashot Karapetyan (A-Number 244-626-655**) from custody and return all his property and documents. Respondents are **ENJOINED** from re-detaining Petitioner without first providing Petitioner with individualized notice describing the change in circumstances necessitating his arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge at which Respondents will bear the burden of proof to demonstrate by clear and convincing evidence that Petitioner is a flight risk or a danger to the community, and that there are no conditions or combination of conditions that will reasonably assure Petitioner's appearance and/or the safety of any other person in the community (for the avoidance of doubt, the immigration judge

must conduct an individualized assessment of Petitioner's suitability for bond in light of the foregoing standard).

Respondents shall file a Notice of Compliance within twenty-four hours.

Dated: August 7, 2026

Valerie Baker Fairbank

HONORABLE VALERIE BAKER FAIRBANK
United States District Judge